McKENZIE ROTHWELL BARLOW & KORPI, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA CARPENTERS HEALTH AND WELFARE FUND, ALASKA CARPENTERS DEFINED CONTRIBUTION TRUST, SOUTHERN ALASKA CARPENTERS DEFINED BENEFIT TRUST, and SOUTHERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST, and the ALASKA REGIONAL COUNSEL OF CARPENTERS,<br><br>Plaintiffs,<br><br>vs.<br><br>JANSSEN CONTRACTING COMPANY, INC.,<br><br>Defendant. | Case No. 3:11-CV-00190-JWS |

**DEFAULT JUDGMENT**

Janssen Contracting Company, defendant herein, having been served via process server on October 20, 2011; and defendants having failed to plead to otherwise defend said action, the legal time for pleading or otherwise defending having expired and default of defendants having been duly entered according to law, upon the application of plaintiffs, judgment is hereby entered against said defendants pursuant to the prayer of plaintiffs' complaint.

ORDER ENTRY OF DEFAULT– 1
*Alaska Carpenters Health and Welfare Fund, et al. v. Janssen Contracting*
4500 009 nc200703

THEREFORE, IT IS HEREBY ORDERED that plaintiffs have a judgment for the delinquent payment of employee benefit contributions owed by Janssen Contracting Company for the months of October 2010 through November 2011, plus interest, liquidated damages and attorney fees. The amount of the judgment is as follows:

1. $63,157.22 in delinquent contributions for the months of October 2010 through November 2011;

2. $5,956.70 in delinquent amounts owed for Union dues, CAF and CIPF for the months of October 2010 through November 2011;

3. Interest through the date of payment as set forth in the relevant trust agreements, which as of March 14, 2012 is calculated to be $3,946.82; plus $7,726.25 in liquidated damages for the delinquent months of October 2010 through November 2011; and;

4. $5,324 in attorneys' fees and costs.

The **TOTAL JUDGMENT** shall be **$86,110.99**. Post-judgment interest shall accrue at the highest allowable interest rate per annum from date of entry of default judgment, until paid.

DATED this 19th day of April 2012.

/s/ John W. Sedwick
US District Court Judge for the
District of Alaska at Anchorage

ORDER ENTRY OF DEFAULT– 2
*Alaska Carpenters Health and Welfare Fund, et al. v. Janssen Contracting*
4500 009 nc200703
Case 3:11-cv-00190-JWS-DMS   Document 12   Filed 04/19/12   Page 2 of 2